01
02
03
04
05

06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08 | KAMALJIT THIND,              ) CASE NO. C07-0726-RSL
                                  )
09 |     Petitioner,               )
                                  )
10 |     v.                        )
                                  ) ORDER GRANTING PETITION FOR
11 | MICHAEL CHERTOFF, et al.,    ) WRIT OF HABEAS CORPUS
                                  )
12 |     Respondents.              )
   |_____)
13

14      The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits

15 in support and in opposition to that petition, the Report and Recommendation of the Honorable

16 Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find

17 and ORDER:

18      (1)   The Court adopts the Report and Recommendation;

19      (2)   Respondents' Motion to Dismiss (Dkt. #8) is DENIED;

20      (3)   The Petition for Writ of Habeas Corpus (Dkt. #1) is GRANTED;

21      (4)   The Court remands this matter to the U.S. Immigration and Customs Enforcement

22            Field Office Director for a custody review as provided by 8 C.F.R. § 241.4(f),

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -1

within 30 days.  Consistent with 8 C.F.R. § 241.4(d)(1), petitioner will bear the burden of proof; and

(5)    The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 10th day of December, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -2