UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAMALJIT THIND, ) CASE NO. C07-0726-RSL
)
Petitioner, )
)
v. )
) ORDER OF DISMISSAL
MICHAEL CHERTOFF, et al., )
)
Respondents. )
)

The Court, having reviewed Petitioner's Motion to Compel Compliance with the Court's Order, Respondents' response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Motion to Compel Compliance with the Court's Order, Dkt. 16, is DENIED; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 10th day of June, 2008.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
PAGE -1